# FINANCIAL DISCLOSURE REPORT

Page 4 of 8

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 03/26/2007 |

*SELF INITIATED AMENDMENT*

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Income From Duplexes in Anchorage, AK (gross) | E | Rent | O | W | | | | | |
| 2. 1st Nat'l Bank Alaska Stock | B | Dividend | K | T | | | | | |
| 3. 1st Nat'l Bank Alaska Accounts | B | Interest | L | T | | | | | |
| 4. Northrim Bank Accounts | B | Interest | L | T | | | | | |
| 5. UBS Accounts | C | Interest | L | T | | | | | |
| 6. UBS Accounts: Cleveland Ohio Airport Bond | | | | | Buy | 10/24 | K | | |
| 7. UBS Accounts: Cleveland Ohio Airport Bond | | | | | Sell | 12/19 | K | A | |
| 8. UBS Accounts: Metropolitan Transit Authority NY Bond | | | | | Buy | 11/09 | K | | |
| 9. UBS Accounts: Metropolitan Transit Authority NY Bond | | | | | Sell | 01/05 | K | A | |
| 10. UBS Accounts: Alaska State Int'l Aiport Bond | | | | | Buy | 02/24 | K | | |
| 11. City of Akhiok Bond | A | Dividend | J | T | | | | | |
| 12. Lincoln Nat'l Life Ins. Co. Policies | D | Interest | M | T | | | | | |
| 13. ████ IRA | A | Int./Div. | N | T | | | | | |
| 14. ████ IRA: American Funds Capital World G&I Fund | | | | | | | | | |
| 15. ████ IRA: UBS Dynamic Alpha Fund | | | | | | | | | |
| 16. ████ IRA: UBS Global Allocation Fund | | | | | | | | | |
| 17. IRA #1 | F | Int./Div. | P1 | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)
   - A =$1,000 or less
   - B =$1,001 - $2,500
   - C =$2,501 - $5,000
   - D =$5,001 - $15,000
   - E =$15,001 - $50,000
   - F =$50,001 - $100,000
   - G =$100,001 - $1,000,000
   - H1 =$1,000,001 - $5,000,000
   - H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   - J =$15,000 or less
   - K =$15,001 - $50,000
   - L =$50,001 - $100,000
   - M =$100,001 - $250,000
   - N =$250,001 - $500,000
   - O =$500,001 - $1,000,000
   - P1 =$1,000,001 - $5,000,000
   - P2 =$5,000,001 - $25,000,000
   - P3 =$25,000,001 - $50,000,000
   - P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
   - Q =Appraisal
   - R =Cost (Real Estate Only)
   - S =Assessment
   - T =Cash Market
   - U =Book Value
   - V =Other
   - W =Estimated

| 1. Person Reporting (last name, first, middle initial)<br><br>Sedwick, John W | 2. Court or Organization<br><br>District of Alaska | 3. Date of Report<br><br>03/26/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>U.S. District Court<br>222 W. 7th Ave. #32<br>Anchorage, AK 99513 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2007 APR -6 A 10: 28 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Alaska Permanent Fund Dividend | $ 1,107 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2006 | Alaska Permanent Fund Dividend |
| 2. 2006 | State of Alaska Pension |
| 3. 2006 | Prudential VISTA Real Estate Commission |
| 4. 2006 | Dynamic Properties, consulting fees |
| 5. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental Income From Duplexes in Anchorage, AK (gross) | E | Rent | O | W | | | | | |
| 2. 1st Nat'l Bank Alaska Stock | B | Dividend | K | T | | | | | |
| 3. 1st Nat'l Bank Alaska Accounts | B | Interest | L | T | | | | | |
| 4. Northrim Bank Accounts | B | Interest | L | T | | | | | |
| 5. UBS Accounts | C | Interest | L | T | | | | | |
| 6. UBS Accounts: Cleveland Ohio Airport Bond | | | | | Buy | 10/24 | K | | |
| 7. UBS Accounts: Cleveland Ohio Airport Bond | | | | | Sell | 12/19 | K | A | |
| 8. UBS Accounts: Metropolitan Transit Authority NY Bond | | | | | Buy | 11/09 | K | | |
| 9. UBS Accounts: Metropolitan Transit Authority NY Bond | | | | | Sell | 01/05 | K | A | |
| 10. UBS Accounts: Alaska State Int'l Aiport Bond | | | | | Buy | 02/24 | | | |
| 11. City of Akhiok Bond | A | Dividend | J | T | | | | | |
| 12. Lincoln Nat'l Life Ins. Co. Policies | D | Interest | M | T | | | | | |
| 13. ▉▉▉ IRA | A | Int./Div. | N | T | | | | | |
| 14. ▉▉▉ IRA: American Funds Capital World G&I Fund | | | | | | | | | |
| 15. ▉▉▉ IRA: UBS Dynamic Alpha Fund | | | | | | | | | |
| 16. ▉▉▉ IRA: UBS Global Allocation Fund | | | | | | | | | |
| 17. IRA #1 | F | Int./Div. | P1 | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IRA #1: Van Kampen Emerging Markets Fund | | | | | | | | | |
| 19. IRA #1: Alliance Bersntein Int'l Valu Fund | | | | | Partial Sale | 03/08 | J | B | |
| 20. IRA #1: Allianz NFJ Dividend Value Fund | | | | | Partial Sale | 03/08 | J | A | |
| 21. IRA #1: American Funds Growth Fund of America | | | | | Partial Sale | 03/08 | J | C | |
| 22. IRA #1: American Funds Captial World G&I Fund | | | | | Partial Sale | 03/08 | J | A | |
| 23. IRA #1: American Funds Bond Fund of America | | | | | Sale | 05/01 | M | | |
| 24. IRA #1: American Funds Capital Income Builder | | | | | Partial Sale | 03/08 | J | A | |
| 25. IRA #1: American Funds Income Fund of America | | | | | Partial Sale | 03/08 | J | A | |
| 26. IRA #1: Blackrock Aurora Fund | | | | | Partial Sale | 03/08 | J | A | |
| 27. IRA #1: Calamos Growth Fund | | | | | Partial Sale | 03/08 | J | A | |
| 28. IRA #1: Davis N.Y. Venture | | | | | Partial Sale | 03/08 | J | B | |
| 29. IRA #1: Loomis Sayles Strategic Income Fund | | | | | Buy | 05/02 | M | | |
| 30. IRA #1: Pimco Total Return Fund | | | | | Partial Sale | 03/08 | J | | |
| 31. IRA #1: UBS Absolute Return Fund | | | | | Partial Sale | 03/08 | J | A | |
| 32. IRA #1: UBS Dynamic Alpha Fund | | | | | Partial Sale | 03/08 | J | A | |
| 33. IRA #1: UBS Pace MM Investment Fund | | | | | Partial Sale | 01/25 | J | | |
| 34. IRA #1: UBS Pace MM Investment Fund | | | | | Partial Sale | 03/08 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sedwick, John W | 03/26/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  IRA #1: UBS Pace MM Investment Fund | | | | | Partial Sale | 04/24 | J | | |
| 36.  IRA #1: UBS Pace MM Investment Fund | | | | | Partial Sale | 07/25 | J | | |
| 37.  IRA #1: UBS Pace MM Investment Fund | | | | | Partial Sale | 10/25 | J | | |
| 38.  IRA #1: US Gov't Securities | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. Part VII: In 2005, IRA #2 was rolled into IRA #1 leaving me with one IRA. Although I now have only that one IRA, I have elected to continue calling it IRA#1 for simplicity in completing the report.

2. Part VII: IRA #1 had minor additional income as follws: An asset formerly owned named R&D Partners is still being wound up and small distributions in connection with winding up its affairs were received on 4/04, 6/29, 10/06 and 12/29. The first two were associated with an unvalued interest called Centocor CPR and the second two with an unvalued interest called Genzyme CPR. Each payment had income code A.

3. Part VII: Funds on deposit with the State of Alaska related to ▮▮▮▮▮▮ retirement from the State of Alaska were rolled into her IRA during 2006. However, movement of the funds on deposit did not alter her pension. She continues to receive a pension from the State of Alaska which is reflected in Part III. B.

4. Part VII: Two of the three bonds listed under the UBS Accounts entry, were purchased in 2005, but the purchases were overlooked and not listed on the 2005 report. They are the Cleveland Ohio Airport Bond purchased on 10/24/05 and sold on 12/18/06 and the Metropolitan Transit Authority NY Bond purchased on 11/09/05 and sold on 1/05/06.

5. Part VII: In 2005 cash in IRA #1 was held in the "Retirement Money Fund" and that fund was listed in Part VII. In 2006, the IRA custodian ceased to use that fund and instead has held cash in "UBS Bank Deposits." According to the cusotodian the deposits are in FDIC insured institutions, but the identity of the institutions has not been disclosed. Total cash on hand at the end of the year was less than $500.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date_____3/26/07_____

NOTE: ANY ~~_____~~ ~~_____~~ ILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIM~~____~~ SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544